**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FORTUNOFF HOLDINGS, LLC, and<br>FORTUNOFF CARD COMPANY, LLC,<br><br>Debtors. | Chapter 7 (Converted)<br><br>Case No. 09-10497 (RDD)<br><br>(Jointly Administered) |
| IAN J. GAZES AS CHAPTER 7 TRUSTEE OF THE ESTATE OF FORTUNOFF HOLDINGS, LLC, and FORTUNOFF CARD COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FedEx Corp.,<br>Defendant. | Adv. Pro. No. 11-01341-rdd |

**NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING**

**PLEASE TAKE NOTICE** that the Ian J. Gazes as Chapter 7 Trustee of the Estate of Fortunoff Holdings, LLC and Fortunoff Card Company, LLC hereby dismisses the above-referenced adversary proceeding against the above-captioned defendant with prejudice and without costs pursuant to Fed R. Civ. P. 41(a) made applicable herein by Federal Rule of Bankruptcy Procedure 7041. This adversary proceeding is hereby closed.

Dated: New York, New York
March 1, 2022

DAVID DINOSO, ESQ.

/s/ David Dinoso

David Dinoso, Esq.
11 Broadway, Suite 615
New York, NY 10004
(646) 397-7280
david@dinosolaw.com